| Fill in this information to identify the case: |
| --- |
| United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS** |
| Case number (if known): _____  Chapter  **7** |

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

**1. Debtor's name**

KENDRICK ELECTRIC CORPORATION

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**

7 4 – 1 7 1 8 7 9 8

**4. Debtor's address**

Principal place of business

5257 Gunter Avenue
Number    Street

El Paso                TX    79904
City               State   ZIP Code

County

Mailing address, if different from principal place of business

Number    Street

P.O. Box

City               State   ZIP Code

Location of principal assets, if different from principal place of business

Number    Street

City               State   ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  __KENDRICK ELECTRIC CORPORATION_____  Case number (if known) _____

**7.   Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C.   NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

__2__ __3__ __8__ __2__

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☒ Chapter 7
☐ Chapter 9
☐ Chapter 11.  *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor  **KENDRICK ELECTRIC CORPORATION** _____  Case number (if known) _____

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☑ No

☐ Yes. District _____  When _____  Case number _____
MM / DD / YYYY

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
MM / DD / YYYY

District _____  When _____  Case number _____
MM / DD / YYYY

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No

☐ Yes. Debtor _____  Relationship _____

List all cases. If more than 1, attach a separate list.

District _____  When _____
MM / DD / YYYY

Case number, if known _____

Debtor _____  Relationship _____

District _____  When _____
MM / DD / YYYY

Case number, if known _____

**11.** **Why is the case filed in this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

Debtor  **KENDRICK ELECTRIC CORPORATION**                                   Case number (if known) _____

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention.  Attach additional sheets if needed.

**Why does the property need immediate attention?**        *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number        Street

_____

_____
City                                                  State        ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

<h2>Statistical and adminstrative information</h2>

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☑ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor  __KENDRICK ELECTRIC CORPORATION_____     Case number (if known) _____

| | Request for Relief, Declaration, and Signatures |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- I have been authorized to file this petition on behalf of the debtor.

- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __4/4/2023__
MM / DD / YYYY

X _Kellie Harris_____
Signature of authorized representative of debtor

**Kellie Harris**
Printed name

**President**
Title

**18. Signature of attorney**

X _____     Date __4/04/2023__
Signature of attorney for debtor                MM / DD / YYYY

**Corey W. Haugland**
Printed name

**James & Haugland, P.C.**
Firm name

**609 Montana Avenue**
Number        Street

_____

**El Paso**                          **TX**        **79902**
City                              State       ZIP Code

**(915) 532-3911**                   **chaugland@jghpc.com**
Contact phone                        Email address

**09234200**                         **TX**
Bar number                           State

B2030 (Form 2030) (12/15)

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

In re  **KENDRICK ELECTRIC CORPORATION**

Case No. _____

Chapter  **7**_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept.................................................................   **$5,338.00**

   Prior to the filing of this statement I have received.......................................................   **$5,338.00**

   Balance Due.................................................................................................................   **$0.00**

2. The source of the compensation paid to me was:

   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_April 4, 2023_
Date

_Corey W. Haugland_          Bar No.  09234200
James & Haugland, P.C.
609 Montana Avenue
El Paso, Texas 79902
Phone: (915) 532-3911 / Fax: (915) 541-6443

_Kellie Harris_
*Kellie Harris*
*President*

---

**Fill in this information to identify the case:**

Debtor Name  **KENDRICK ELECTRIC CORPORATION**

United States Bankruptcy Court for the:  **WESTERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

---

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

| Part 1: | Summary of Assets |
|---------|-------------------|

**1.**  *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

    1a.  **Real property:**
    Copy line 88 from Schedule A/B..................................................................................................

$187,093.00

    1b.  **Total personal property:**
    Copy line 91A from Schedule A/B..............................................................................................

$1,200,193.02

    1c.  **Total of all property**
    Copy line 92 from Schedule A/B................................................................................................

$1,387,286.02

| Part 2: | Summary of Liabilities |
|---------|------------------------|

**2.**  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D.....................

$23,216.04

**3.**  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a.  **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of Schedule E/F................................................

$0.00

    3b.  **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F........................

+ $764,563.99

**4.**  **Total liabilities**
Lines 2 + 3a + 3b.......................................................................................................................

$787,780.03

---

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case</strong></td></tr>
<tr><td>Debtor name</td><td><u>KENDRICK ELECTRIC CORPORATION</u></td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the: <u>WESTERN DISTRICT OF TEXAS</u></td></tr>
<tr><td>Case number<br>(if known)</td><td></td></tr>
</table>

☐ Check if this is an
   amended filing

<u>Official Form 206A/B</u>

## Schedule A/B: Assets -- Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1.  **Does the debtor have any cash or cash equivalents?**
    ☐ No. Go to Part 2.
    ☑ Yes. Fill in the information below.

    **All cash or cash equivalents owned or controlled by the debtor**

    Current value of
    debtor's interest

2.  **Cash on hand**
    _____

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | Checking account at WestStar Bank | Checking account | 7 7 6 6 | $4,308.33 |
| 3.2. | Checking account at WestStar Bank | Checking account | 4 9 1 9 | $91.25 |
| 3.3. | Checking account at JP Morgan Chase Bank | Checking account | 6 5 4 3 | $6,899.37 |

4.  **Other cash equivalents**     *(Identify all)*

    Name of institution (bank or brokerage firm)

5.  **Total of Part 1**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

    $11,298.95

### Part 2: Deposits and prepayments

6.  **Does the debtor have any deposits or prepayments?**
    ☑ No. Go to Part 3.
    ☐ Yes. Fill in the information below.

| Debtor | **KENDRICK ELECTRIC CORPORATION** | Case number (if known) |
|---|---|---|
| | Name | |

**7.** **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**9.** **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

| | Current value of debtor's interest |
|---|---|
| | **$0.00** |

## Part 3:  Accounts receivable

**10.** **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

**11.** **Accounts receivable**

Current value of debtor's interest

11a. 90 days old or less:   **$344,604.71**  –  **$0.00**  = .............→  **$344,604.71**
face amount      doubtful or uncollectible accounts

11b. Over 90 days old:   **$539,782.02**  –  **$0.00**  = .............→  **$539,782.02**
face amount      doubtful or uncollectible accounts

**12.** **Total of Part 3**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| | |
|---|---|
| | **$884,386.73** |

## Part 4:  Investments

**13.** **Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.** **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:       % of ownership:

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

**17.** **Total of Part 4**
Add lines 14 through 16. Copy the total to line 83.

| | |
|---|---|
| | **$0.00** |

## Part 5:  Inventory, excluding agriculture assets

**18.** **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

Debtor    **KENDRICK ELECTRIC CORPORATION**                    Case number (if known) _____
                  Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| wire, pipe, fittings | | $140,000.00 | | $140,000.00 |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |
| Left Over Parts and Supplies | | | | Unknown |

**23. Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

$140,000.00

**24. Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____    Valuation method _____    Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops--either planted or harvested** | | | |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |

**33. Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.

$0.00

**34. Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
        ☐ No
        ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____    Valuation method _____    Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

Debtor  **KENDRICK ELECTRIC CORPORATION**          Case number (if known) _____
              Name

37. Has any of the property listed in Part 6 been appraised by a professional within the last year?
☐ No
☐ Yes

## Part 7:  Office furniture, fixtures, and equipment; and collectibles

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

☐ No. Go to Part 8.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| **Desks and Filing Cabinets** | | | $1,000.00 |
| **40. Office fixtures** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **Computers/Printers** | | | $1,000.00 |

42. Collectibles  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. Total of Part 7.
Add lines 39 through 42.  Copy the total to line 86.

$2,000.00

44. Is a depreciation schedule available for any of the property listed in Part 7?
☑ No
☐ Yes

45. Has any of the property listed in Part 7 been appraised by a professional within the last year?
☑ No
☐ Yes

## Part 8:  Machinery, equipment, and vehicles

46. Does the debtor own or lease any machinery, equipment, or vehicles?

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2015 Ford Utility Van** | | | $30,000.00 |
| 47.2. **2011 Ford Utility Truck** | | | $10,000.00 |
| 47.3. **1995 Ford Boom Truck** | | | $20,000.00 |
| 47.4. **2015 Ford Boom Truck** | | | $102,507.34 |

Debtor  **KENDRICK ELECTRIC CORPORATION**        Case number (if known) _____
_____
Name

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats
trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

51. **Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

| $162,507.34 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 9:  Real property

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes.  Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description<br>such as Assessor Parcel Number (APN),<br>and type of property (for example,<br>acreage, factory, warehouse, apartment or<br>office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1. **4729 S.M. Melnik, El Paso, Texas<br>79904**<br>**Single Family Home** | **Fee Simple** | | El Paso Central Ap | $187,093.00 |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

| $187,093.00 |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 10:  Intangibles and Intellectual Property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes.  Fill in the information below.

Debtor   **KENDRICK ELECTRIC CORPORATION**_____   Case number (if known) _____
       Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. Patents, copyrights, trademarks, and trade secrets | | | |
| 61. Internet domain names and websites | | | |
| 62. Licenses, franchises, and royalties | | | |
| 63. Customer lists, mailing lists, or other compilations | | | |
| 64. Other intangibles, or intellectual property | | | |
| 65. Goodwill | | | |

**66. Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.         **$0.00**

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☐ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☐ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 11:  All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

                                                      Current value of debtor's interest

**71. Notes receivable**

Description (include name of obligor)

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| Possible Net Operating Losses | Tax year | 2021 | Unknown |
|---|---|---|---|
| Possible Net Operating Losses | Tax year | 2022 | Unknown |

**73. Interests in insurance policies or annuities**

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| Uninvoiced Service Call Receivables | Unknown |
|---|---|

Nature of claim      **Uninvoiced Service Call Recevables**_____

Amount requested     _____

| Debtor | **KENDRICK ELECTRIC CORPORATION** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**76. Trusts, equitable or future interests in property**

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**78. Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.

$0.00

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $11,298.95 | |
| **81. Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| **82. Accounts receivable.** *Copy line 12, Part 3.* | $884,386.73 | |
| **83. Investments.** *Copy line 17, Part 4.* | $0.00 | |
| **84. Inventory.** *Copy line 23, Part 5.* | $140,000.00 | |
| **85. Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| **86. Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,000.00 | |
| **87. Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $162,507.34 | |
| **88. Real property.** *Copy line 56, Part 9.* ............... ➔ | | $187,093.00 |
| **89. Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| **90. All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| **91. Total.** Add lines 80 through 90 for each column. | 91a. $1,200,193.02 | + 91b. $187,093.00 |

**92. Total of all property on Schedule A/B.** Lines 91a + 91b = 92.....................................................

$1,387,286.02

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **KENDRICK ELECTRIC CORPORATION** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim |
|---|---|---|

**2.1**

**Creditor's name**
City of El Paso

**Creditor's mailing address**
P.O. Box 2992

El Paso            TX    79999-2992

**Creditor's email address, if known**

**Date debt was incurred**    2022

**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**
**Business Furnishings**

**Describe the lien**
**Taxes**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| | $3,158.32 | $97,885.00 |
|---|---|---|

Property taxes on Land and business furnishings

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

$23,216.04

Debtor **KENDRICK ELECTRIC CORPORATION**     Case number (if known) _____

| **Part 1:** | **Additional Page** | | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports<br>this claim |
|---|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines
sequentially from the previous page.

**2.2**

| | | |
|---|---|---|
| **Creditor's name** | **Describe debtor's property that is subject to a lien** | $5,538.24     $187,093.00 |
| City of El Paso | **4729 S.M. Melnik, El Paso, TX** | |
| **Creditor's mailing address** | | |
| P.O. Box 2992 | **Describe the lien** | |
| | Taxes | |

Is the creditor an insider or related party?

El Paso     TX    79999-2992

☑ No
☐ Yes

**Creditor's email address, if known**

_____

Is anyone else liable on this claim?

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.

**Do multiple creditors have an interest in the same property?**

☐ Contingent
☐ Unliquidated
☐ Disputed

☑ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is specified on lines _____

**2.3**

| | | |
|---|---|---|
| **Creditor's name** | **Describe debtor's property that is subject to a lien** | $14,519.48     $0.00 |
| City of El Paso | **Three Lots** | |
| **Creditor's mailing address** | | |
| P.O. Box 2992 | **Describe the lien** | |
| | Taxes | |

Is the creditor an insider or related party?

El Paso     TX    79999-2992

☑ No
☐ Yes

**Creditor's email address, if known**

_____

Is anyone else liable on this claim?

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.

**Do multiple creditors have an interest in the same property?**

☐ Contingent
☐ Unliquidated
☐ Disputed

☑ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is specified on lines _____

Debtor  **KENDRICK ELECTRIC CORPORATION**  _____    Case number (if known) _____

| Part 1: | Additional Page | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports<br>this claim |
|---|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

**2.4**

| Creditor's name | Describe debtor's property that is subject to a lien | $0.00 | $102,507.34 |
|---|---|---|---|

**Xtreme Financial Services**

**2015 Ford Boom Truck**

Creditor's mailing address
**4680 Parkway Dr. Suite 300**

Describe the lien
**Lease to Purchase Agreement**

Is the creditor an insider or related party?

**Mason          OH    45040**

☑ No
☐ Yes

Creditor's email address, if known
**customerservice@4leaseadmin**

Is anyone else liable on this claim?

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred        _____

Last 4 digits of account
number                    **3   5   9   0**

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes.  Have you already specified the
relative priority?

☐ No.  Specify each creditor, including this
creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is
specified on lines _____

---

| Fill in this information to identify the case: | |
|---|---|
| Debtor | **KENDRICK ELECTRIC CORPORATION** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | | **Basis for the claim:** | | |
| **Date or dates debt was incurred** | | | | |
| | | **Is the claim subject to offset?** | | |
| **Last 4 digits of account number** ___ ___ ___ ___ | | ☐ No | | |
| | | ☐ Yes | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( _____ ) | | | | |

Debtor   **KENDRICK ELECTRIC CORPORATION**                                Case number (if known) _____

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  |
|---|---|
|  | Amount of claim |

**3.1**  Nonpriority creditor's name and mailing address

**AirGas USA, LLC**

**P.O. Box 676015**

Dallas                TX      75373-4671

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

**Monthly Cylinder Rental**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Other**

Is the claim subject to offset?
☑ No
☐ Yes

**$509.44**

---

**3.2**  Nonpriority creditor's name and mailing address

**American Express**

**P.O. Box 650448**

Dallas                TX      75265-0448

Date or dates debt was incurred _____

Last 4 digits of account number   1   0   1   9

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

**3.3**  Nonpriority creditor's name and mailing address

**American Express Plum**

**P.O. Box 650448**

Dallas                TX      75265-0448

Date or dates debt was incurred _____

Last 4 digits of account number   3   0   0   7

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

**$7,423.90**

---

**3.4**  Nonpriority creditor's name and mailing address

**Area Iron & Steel**

**P.O. Box 13265**

El Paso               TX      79913

Date or dates debt was incurred _____

Last 4 digits of account number   0   0   9   5

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Purchase Money**

Is the claim subject to offset?
☑ No
☐ Yes

**$28.57**

---

Debtor **KENDRICK ELECTRIC CORPORATION**      Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $875.16 |
|---|---|---|---|

AT&T

P.O. Box 5014

☐ Contingent
☐ Unliquidated
☐ Disputed

Carol Stream      IL     60197-5014

Date or dates debt was incurred _____

Last 4 digits of account number   3   4   9   7

**Monthly Internet and Landline Service**

Basis for the claim:
**Purchase Money**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $9,747.00 |
|---|---|---|---|

BLP, LLC (Baca Lightning)

P.O. Box 91208

☐ Contingent
☐ Unliquidated
☐ Disputed

Albuquerque      NM    87199

Date or dates debt was incurred _____

Last 4 digits of account number   __ __ __ __

**Lightning Protection**

Basis for the claim:
**Other**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $16,636.94 |
|---|---|---|---|

Chase

Cardmember Service

P.O. Boxx 6294

☐ Contingent
☐ Unliquidated
☐ Disputed

Carol Stream      IL     60197-6294

Date or dates debt was incurred _____

Last 4 digits of account number   7   9   7   5

**Black Ink Credit Card**

Basis for the claim:
**Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor  **KENDRICK ELECTRIC CORPORATION** _____  Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.8 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,772.37 |
|---|---|---|---|---|

**Circle K Fleet**

**WEX Bank**

**P.O. Box 6293**

**Carol Stream, IL 60197-62933**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Credit Card**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  4  6  0  7

**Fleet Gas Card**

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $324.05 |
|---|---|---|---|

**Complete Reprographics**

**6122 Trowbridge**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Purchase Money**

El Paso          TX        79905

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

**Printing Services**

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,632.92 |
|---|---|---|---|

**Comptroller Public Account**

**P.O. Box 149359**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Taxes**

Austin          TX        78714-9359

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  8  7  9  8

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $30,355.31 |
|---|---|---|---|

**Consolodiated Electrical**

**El Paso CED Crediot Office**

**P.O. Box 20707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Purchase Money**

Dallas          TX        75320-7072

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  8  5  5  3

**Electrical Supply House**

---

Debtor  **KENDRICK ELECTRIC CORPORATION**                    Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.        Amount of claim

| 3.12 | Nonpriority creditor's name and mailing address |

**Crescent Electrical**

**P.O. Box 500**

**East Dubuque**       IL       **61025-4418**

Date or dates debt was incurred

Last 4 digits of account number        **0  2  1  3**

**Electrical Supply House**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Purchase Money**

Is the claim subject to offset?
☑ No
☐ Yes

$20,378.07

---

| 3.13 | Nonpriority creditor's name and mailing address |

**CT Corporation**

**P.O. Box 4349**

**Carol Stream**       IL       **60197-4349**

Date or dates debt was incurred

Last 4 digits of account number        **1  0  8  2**

**New Mexico Registered Agent**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Other**

Is the claim subject to offset?
☑ No
☐ Yes

$448.99

---

| 3.14 | Nonpriority creditor's name and mailing address |

**Dependable Towing**

**5847 Waycross**

**El Paso**       TX       **79924**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

**Towing**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Other**

Is the claim subject to offset?
☑ No
☐ Yes

$180.00

Debtor  **KENDRICK ELECTRIC CORPORATION** _____  Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.15** Nonpriority creditor's name and mailing address

El Paso County Tax Assessor/Collector

P.O. Box 2992

El Paso          TX     79999

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Taxes

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.16** Nonpriority creditor's name and mailing address

El Paso Water Utilities

P.O. 511

El Paso          TX     79961-0511

Date or dates debt was incurred  _____

Last 4 digits of account number  0  0  0  0

Utility

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Other

Is the claim subject to offset?
☑ No
☐ Yes

$517.27

---

**3.17** Nonpriority creditor's name and mailing address

Entero Automation

3501 Lyman Lane

El Paso          TX     79938

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Automation Supplier

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Purchase Money

Is the claim subject to offset?
☑ No
☐ Yes

$102,600.00

---

**3.18** Nonpriority creditor's name and mailing address

FCCI Insurance

P.O. Box 405563

Atlanta          GA     30384-5563

Date or dates debt was incurred  _____

Last 4 digits of account number  3  4  0  1

Umbrella Insurance

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Other

Is the claim subject to offset?
☑ No
☐ Yes

$6,896.03

---

Debtor    **KENDRICK ELECTRIC CORPORATION**　　　　　　　　Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.19** Nonpriority creditor's name and mailing address

Heist Disposal, Inc.

P.O. Box 370335

El Paso　　　　　　TX　　79937-0335

Date or dates debt was incurred　　　　_____

Last 4 digits of account number　　__ __ __ __

Monthly Dumpster Fee

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Other

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$243.57

---

**3.20** Nonpriority creditor's name and mailing address

IRS Insolvency Office

300 E. 8th St., Mail Stop 5026AUS

Austin　　　　　　TX　　78701

Date or dates debt was incurred　　　　_____

Last 4 digits of account number　　__ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Notice Only

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$0.00

---

**3.21** Nonpriority creditor's name and mailing address

McCormick Systems, Inc.

149 West Boston

Chandler　　　　　　AZ　　85225

Date or dates debt was incurred　　　　_____

Last 4 digits of account number　　__ __ __ __

Annual Software Payment

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Purchase Money

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$1,378.00

---

**3.22** Nonpriority creditor's name and mailing address

O'Reillys

P.O. Box 9464

Springfield　　　　　　MO　　65801-9464

Date or dates debt was incurred　　　　_____

Last 4 digits of account number　　4 8 4 3

Auto Parts

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Purchase Money

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$428.01

---

Debtor **KENDRICK ELECTRIC CORPORATION**  Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.23 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is: Check all that apply.

**$216,690.00**

**Prime Controls**

**LP1725 Lake Pointe Dr.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Purchase Money**

**Louisville**  **TX**  **75057**

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Automation Supplier**

| 3.24 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is: Check all that apply.

**$72.62**

**Sherwin Williams**

**Receivable Department**

**9155 Dyer**

**El Paso, TX 79924-64424**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Purchase Money**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number **2  3  0  8**

| 3.25 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is: Check all that apply.

**$23,683.62**

**Southwest Multicraft**

**Southwest Service Administrators**

**2300 Buena Vista S.E., Ste. 127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Purchase Money**

**Albuquerque**  **NM**  **87106**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number **8  3  a  0**

**Employee Healthcare Plan**

| 3.26 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is: Check all that apply.

**$152.62**

**Specrtum Imaging Systems**

**5900 Gateway East**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Other**

**El Paso**  **TX**  **79905**

Date or dates debt was incurred **March 2022**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

Debtor  **KENDRICK ELECTRIC CORPORATION**                    Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.27**  Nonpriority creditor's name and mailing address

**Texas Gas Service**

**P.O. Box 219913**

Kansas City          MO      64121

Date or dates debt was incurred _____

Last 4 digits of account number    2   9   9   1

Utility

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Other**

Is the claim subject to offset?
☑ No
☐ Yes

**$922.25**

---

**3.28**  Nonpriority creditor's name and mailing address

**Texas Mutual Insuurance**

**P.O. Box 12058**

Austin               TX      78711-2058

Date or dates debt was incurred _____

Last 4 digits of account number    7   5   5   2

Worker's Comp Insurance

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Other**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,996.00**

---

**3.29**  Nonpriority creditor's name and mailing address

**The Plannit Room, Inc.**

**1155 Westmoreland Dr., Ste. 109**

El Paso              TX      79925

Date or dates debt was incurred _____

Last 4 digits of account number    __  __  __  __

Access to Bid Information Online

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Purchase Money**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,332.50**

---

Debtor   **KENDRICK ELECTRIC CORPORATION**                          Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.30**   Nonpriority creditor's name and mailing address

**Travelers Insurance**

**Travelers CL Remittance Center**

**P.O. Box 660317**

**Dallas**                         **TX       75266-0317**

Date or dates debt was incurred

Last 4 digits of account number       9   2   1   7

Insurance

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Purchase Money**

Is the claim subject to offset?
☑ No
☐ Yes

**$750.00**

---

**3.31**   Nonpriority creditor's name and mailing address

**Triangle Electric**

**El Paso Triangle Credit Office**

**P.O. Box 207072**

**Dallas**                         **TX       75320-7072**

Date or dates debt was incurred

Last 4 digits of account number       9   7   5   5

Electrical Supply House

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Purchase Money**

Is the claim subject to offset?
☑ No
☐ Yes

**$231,223.03**

---

**3.32**   Nonpriority creditor's name and mailing address

**Trimble, Inc.**

**P.O. Box 203558**

**Dallas**                         **TX       75320-3558**

Date or dates debt was incurred

Last 4 digits of account number       __  __  __  __

Materials Price Information -  Online Subscription

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Purchase Money**

Is the claim subject to offset?
☑ No
☐ Yes

**$914.41**

---

Debtor    **KENDRICK ELECTRIC CORPORATION**                              Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | |
|---|---|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

3.33  Nonpriority creditor's name and mailing address

**Union - COP1**

**Local Union 583 IBEW**

**311 W. Borderland**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Other

El Paso                          TX      79932

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

**Cope Contributions**

Amount of claim: **$50.00**

---

3.34  Nonpriority creditor's name and mailing address

**Union - ECA1**

**IBEW LU583-WD**

**311 W. Borderland Road**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Other

El Paso                          TX      79932

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

**Union Dues**

Amount of claim: **$10,919.08**

---

3.35  Nonpriority creditor's name and mailing address

**Union - ELN1**

**El Paso Chapter NECA**

**6040 Luckett**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Other

El Paso                          TX      79932

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

**Union Dues**

Amount of claim: **$3,639.69**

---

Debtor   **KENDRICK ELECTRIC CORPORATION**      Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.36 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is: *Check all that apply.*

$42,747.72

**Union - IBE7**

**IBEW 7th District Retirement**

**P.O. Box 2671**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amarillo**      **TX**     **79105**

Basis for the claim:
**Other**

Date or dates debt was incurred     _____

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

**Union Dues / Retirement**

---

| 3.37 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is: *Check all that apply.*

$3,795.41

**Union - JAT1**

**JATC**

**6040 Luckett**

☐ Contingent
☐ Unliquidated
☐ Disputed

**El Paso**      **TX**     **79932**

Basis for the claim:
**Other**

Date or dates debt was incurred     _____

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

**Union Dues**

---

| 3.38 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is: *Check all that apply.*

$70.86

**Union - LMC1**

**El Paso Chapter NECA/LMCC**

**6040 Luckett Ct.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**El Paso**      **TX**     **79932**

Basis for the claim:
**Other**

Date or dates debt was incurred     _____

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

**Union Dues**

Debtor   **KENDRICK ELECTRIC CORPORATION** _____   Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,099.23 |

Union - LOC 1

IBEW LU583-WD

311 W. Borderland Road

☐ Contingent
☐ Unliquidated
☐ Disputed

El Paso                    TX       79932

Basis for the claim:
**Other**

Date or dates debt was incurred          _____

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☒ No
☐ Yes

Union Dues

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,919.08 |

Union - NEB1

Red River Valley Chapter

NECA NEBF-WTXNM EMP BEN BD61

P.O. Box 1260

☐ Contingent
☐ Unliquidated
☐ Disputed

Whichita Falls            TX       76307

Basis for the claim:
**Other**

Date or dates debt was incurred          _____

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☒ No
☐ Yes

Union Dues

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $210.27 |

United Rentals

P.O. Box 840514

☐ Contingent
☐ Unliquidated
☐ Disputed

Dallas                     TX       75284-0514

Basis for the claim:
**Other**

Date or dates debt was incurred          _____

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☒ No
☐ Yes

Machine Rental

Debtor     **KENDRICK ELECTRIC CORPORATION**                              Case number (if known) _____

## Part 4:     Total Amounts of the Priority and Nonpriority Unsecured Claims

5.   Add the amounts of priority and nonpriority unsecured claims.

                                                                                    **Total of claim amounts**

5a.  **Total claims from Part 1**                                       5a.  _____**$0.00**

5b.  **Total claims from Part 2**                                       5b. **+** _____**$764,563.99**

5c.  **Total of Parts 1 and 2**                                         5c.  |      **$764,563.99**  |
     Lines 5a + 5b = 5c.

| Fill in this information to identify the case: |
|---|

| Debtor name | **KENDRICK ELECTRIC CORPORATION** |
|---|---|

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number          Chapter      **7**
(if known)

☐ Check if this is an
   amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

   State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | **Business Propoerty Rental Lease Contract to be REJECTED** | **Ralph E. Kendrick, Jr.** |
|---|---|---|---|
| | | | **8536 Mountain Wind Dr.** |
| | State the term remaining | **Month to Month** | |
| | List the contract number of any government contract | | **El Paso                    TX        79904** |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | **Business Vehicle Rental Lease Contract to be REJECTED** | **Ralph E. Kendrick, Jr.** |
|---|---|---|---|
| | | | **8536 Mountain Wind Dr.** |
| | State the term remaining | **Month to Month** | |
| | List the contract number of any government contract | | **El Paso                    TX        79904** |

**Fill in this information to identify the case:**

Debtor name   **KENDRICK ELECTRIC CORPORATION**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| | | | *Check all schedules that apply:* |
| **Name** | **Mailing address** | **Name** | |

| Fill in this information to identify the case and this filing: |
| --- |
| Debtor Name  **KENDRICK ELECTRIC CORPORATION** |
| United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS** |
| Case number (if known) |

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)
- ☐ Amended Schedule _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  4/4/2023          X *Kellie Harris*
MM / DD / YYYY                    Signature of individual signing on behalf of debtor

**Kellie Harris**
Printed name

**President**
Position or relationship to debtor

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **KENDRICK ELECTRIC CORPORATION** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

---

### Part 1:  Income

**1.  Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue Check all that apply. | Gross revenue (before deductions and exclusions |
|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From **07/01/2022** to Filing date | ☑ Operating a business<br>☐ Other | $1,298,839.14 |
| For prior year: | From **07/01/2021** to **06/30/2022** | ☑ Operating a business<br>☐ Other | $1,407,944.66 |
| For the year before that: | From **07/01/2020** to **06/30/2021** | ☑ Operating a business<br>☐ Other | $2,437,044.25 |

**2.  Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

---

### Part 2:  List Certain Transfers Made Before Filing for Bankruptcy

**3.  Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Southwest Multicraft Service Admin**<br>Creditor's name<br>**2300 Buena Vista SE, Suite 127**<br>Street<br><br>**Albuquerque**  **NM**  **87106**<br>City  State  ZIP Code | 01/25/2023 | $64,651.40 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Employee Insurance** |

---

| Debtor | **KENDRICK ELECTRIC CORPORATION** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor.  11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Ralph E. Kendrick, Jr.** | 03/01/2022 | **$72,000.00** | **Monthly vehicle/office rent payments** |
| | Insider's name | thru | | |
| | **8536 Mountain Wind Dr.** | 03/01/2023 | | |
| | Street | | | |

| | | | |
|---|---|---|---|
| **El Paso** | **TX** | **79904** | |
| City | State | ZIP Code | |

Relationship to debtor

**Owner**

**5.    Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in line 6.

☑ None

**6.    Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Chase Card Services** | **Reward Points were applied as payment on card.** | 02/13/2022 | **$3,537.85** |
| Creditor's name | | | |
| **P.O. Box 15298** | | | |
| Street | | | |

| | | | | |
|---|---|---|---|---|
| **Wilmington** | **DE** | **19850-5298** | Last 4 digits of account number: XXXX- **7  9  7  5** | |
| City | State | ZIP Code | | |

Debtor  __KENDRICK ELECTRIC CORPORATION_____    Case number (if known)  _____
             Name

## Part 3:  Legal Actions or Assignments

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor
    was involved in any capacity--within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **Entero Automatic, LLC v. Kendrick Electric Corporation** | **Suit for Payment (Collection)** | **205th Judicial District Court** <br> Name <br> **500 E. San Antonio** <br> Street <br> **Room 1002** | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |

Case number
__2022DCV3145_____

| | |
|---|---|
| **El Paso** | **TX  79901** |
| City | State  ZIP Code |

8.  **Assignments and receivership**

    List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the
    hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

## Part 4:  Certain Gifts and Charitable Contributions

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the
    aggregate value of the gifts to that recipient is less than $1,000**

☑ None

## Part 5:  Certain Losses

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

Debtor    **KENDRICK ELECTRIC CORPORATION**        Case number (if known) _____
       Name

| Part 6: | Certain Payments or Transfers |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.   James & Haugland, P.C. | | 03/22/2023 | $5,338.00 |

Address

609 Montana Avenue
Street

El Paso      TX     79902
City         State    ZIP Code

Email or website address
chaugland@jghpc.com

Who made the payment, if not debtor?

_____

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

**13. Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| Part 7: | Previous Locations |

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

Debtor  **KENDRICK ELECTRIC CORPORATION**                     Case number (if known) _____
         Name

## Part 8:  Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or

- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

## Part 9:  Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained _____

Does the debtor have a privacy policy about that information?
☐ No.
☐ Yes.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?
    ☐ No. Go to Part 10.
    ☐ Yes. Fill in below:

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. **Triad Hybrid Investment Solutions, LLC**<br>Name<br>**123 W. Mills Avenue, Suite #200**<br>Street<br><br>**El Paso**   **TX**  **79901-1575**<br>City   State  ZIP Code | XXXX- **1**  **6**  **7**  **0** | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | _____ | _____ |

| Debtor | **KENDRICK ELECTRIC CORPORATION** | | Case number (if known) | |
| | Name | | | |

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.2. **JP Morgan Chase Bank** <br> Name <br><br> **201 E. Main** <br> Street <br><br><br> **El Paso** **TX** **79901** <br> City State ZIP Code | XXXX- 4 0 3 2 | ☑ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other _____ | **June 2021** | |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☑ None

## Part 12:   Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes.  Provide details below.

Debtor    **KENDRICK ELECTRIC CORPORATION**      Case number (if known) _____
      Name

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

**24. Has the debtor notified any govermental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

---

### Part 13:  Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

☑ None

**26. Books, records, and financial statements**

   26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

     ☐ None

| Name and address | | | Dates of service | | |
|---|---|---|---|---|---|
| 26a.1. | **Watts CPA, P.C.** <br> Name <br> **911 Wyoming Avenue** <br> Street <br><br> **El Paso**    **TX**    **79902** <br> City    State    ZIP Code | | From   **2019**   To   **Present** | | |

   26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

     ☐ None

| Name and address | | | Dates of service | | |
|---|---|---|---|---|---|
| 26b.1. | **Watts CPA, P.C.** <br> Name <br> **911 Wyoming Avenue** <br> Street <br><br> **El Paso**    **TX**    **79902** <br> City    State    ZIP Code | | From   **2019**   To   **Present** | | |

   26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

     ☐ None

| Name and address | | | If any books of account and records are unavailable, explain why |
|---|---|---|---|
| 26c.1. | **Watts CPA, P.C.** <br> Name <br> **911 Wyoming Avenue** <br> Street <br><br> **El Paso**    **TX**    **79902** <br> City    State    ZIP Code | | |

---

Debtor    **KENDRICK ELECTRIC CORPORATION**      Case number (if known) _____
      Name

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1. **WestStar Insurance**
Name
**500 North Mesa**
Street

| **El Paso** | **TX** | **79901** |
|---|---|---|
| City | State | ZIP Code |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.
☐ Yes. Give the details about the two most recent inventories.

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Kellie Harris | 8536 Mountain Wind Dr. El Paso, TX 79904 | President | 0% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Ralph E. Kendrick, Jr. | 8536 Mountain Wind Dr. El Paso, TX 79904 | President / 100% Owner | From 1970 To 2023 |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **Ralph E. Kendrick, Jr.**<br>Name<br>**8536 Mountain Wind Dr.**<br>Street | $54,000.00 | 03/01/22 thru 03/01/2023 | Salary |

| **El Paso** | **TX** | **79904** |
|---|---|---|
| City | State | ZIP Code |

**Relationship to debtor**

**President / 100% Owner**

| Debtor | **KENDRICK ELECTRIC CORPORATION** | | Case number (if known) | |
| | Name | | | |

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2. | **Kellie Harris** | **$49,277.48** | **03/01/2022 thru 033/01/2023** | **Salary** |
| | Name | | | |
| | **8536 Mountain Wind Dr.** | | | |
| | Street | | | |
| | **El Paso      TX    79904** | | | |
| | City          State   ZIP Code | | | |
| | **Relationship to debtor** | | | |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No
☐ Yes.  Identify below.

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☐ No
☑ Yes.  Identify below.

Name of the pension fund
**IBEW 7th Dist. Retirement & Benefit Trus**

Employer Identification number of the pension fund
EIN: **6  5 – 1  6  7  9  0  6  1**

## Part 14:  Signature and Declaration

**WARNING** --Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  4/4/2023
MM / DD / YYYY

X *Kellie Harris*                          Printed name  **Kellie Harris**
Signature of individual signing on behalf of the debtor

Position or relationship to debtor **President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☑ No
☐ Yes