**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 23-30334-HCM |
| | § | |
| KENDRICK ELECTRIC CORPORATION | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 04/04/2023.  The undersigned trustee was appointed on 04/04/2023.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $552,200.28

        Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim distribution | $0.00 |
| Administrative expenses | $79,608.59 |
| Bank service fees | $5,553.19 |
| Other Payments to creditors | $7,255.42 |
| Non-estate funds paid to 3rd Parties | $0.00 |
| Exemptions paid to the debtor | $0.00 |
| Other payments to the debtor | $0.00 |
| Leaving a balance on hand of[1] | $459,783.08 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

6. The deadline for filing non-governmental claims in this case was <u>10/02/2023</u> and the deadline for filing government claims was <u>10/02/2023</u>. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is <u>$30,860.01</u>. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received <u>$0.00</u> as interim compensation and now requests the sum of <u>$30,860.01</u>, for a total compensation of <u>$30,860.01</u>[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of <u>$0.00</u>, and now requests reimbursement for expenses of <u>$890.45</u>, for total expenses of <u>$890.45</u>.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: <u>04/02/2025</u>                    By:    /s/ Ronald E. Ingalls
                                                      Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011)

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No:  1          Exhibit A

| | | |
|---|---|---|
| Case No.: | 23-30334-CGB | |
| Case Name: | KENDRICK ELECTRIC CORPORATION | |
| For the Period Ending: | 4/2/2025 | |

| | |
|---|---|
| Trustee Name: | Ronald E. Ingalls |
| Date Filed (f) or Converted (c): | 04/04/2023 (f) |
| §341(a) Meeting Date: | 05/22/2023 |
| Claims Bar Date: | 10/02/2023 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | | |
| 1 | Weststar ck 7766 | $4,308.33 | $4,273.33 | | $4,273.33 | FA |
| 2 | Weststar ck 4919 | $91.25 | $91.25 | | $91.25 | FA |
| 3 | Chase ck 6543 | $6,899.37 | $19,086.87 | | $19,086.87 | FA |
| 4 | A/R under 90 days | $344,604.71 | $344,604.71 | | $256,474.24 | FA |
| 5 | A/R over 90 days | $539,782.02 | $0.00 | | $0.00 | FA |
| 6 | raw materials | $140,000.00 | $8,000.00 | | $0.00 | FA |
| 7 | Office furniture | $1,000.00 | $1,000.00 | | $1,000.00 | FA |
| **Asset Notes:** | desks/filing cabinets | | | | | |
| 8 | Office equipment | $1,000.00 | $1,000.00 | | $1,000.00 | FA |
| **Asset Notes:** | computers/printers | | | | | |
| 9 | 2015 Ford Utility Van | $30,000.00 | $11,700.00 | | $11,700.00 | FA |
| 10 | 2011 Ford Utility Truck | $10,000.00 | $6,600.00 | | $6,600.00 | FA |
| 11 | 1995 Ford Boom Truck | $20,000.00 | $20,000.00 | | $18,000.00 | FA |
| 12 | 2015 Ford Boom Truck | $102,507.34 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | AO MLS d 01/02/24 dkt 39; claim 16 | | | | | |
| 13 | 4729 SM Melnik ELP TX 79904; El Paso County | $187,093.00 | $150,000.00 | | $150,000.00 | FA |
| 14 | possible 2021 NOL | Unknown | $0.00 | | $0.00 | FA |
| 15 | possible 2022 NOL | Unknown | $0.00 | | $0.00 | FA |
| 16 | Un-invoiced service call A/R | Unknown | $0.00 | | $0.00 | FA |
| 17 | Insurance refunds (u) | $0.00 | $567.52 | | $567.52 | FA |
| 18 | deposit refund from Paychex (u) | $0.00 | $13,822.07 | | $13,822.07 | FA |
| 19 | Excavators (u) | $0.00 | $24,700.00 | | $24,700.00 | FA |
| 20 | Wire, pipe, fittings | $140,000.00 | $140,000.00 | | $44,885.00 | $0.00 |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | $1,527,286.02 | $745,445.75 | | $552,200.28 | $0.00 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No:   2       Exhibit A

| | | |
|---|---|---|
| **Case No.:** | 23-30334-CGB | |
| **Case Name:** | KENDRICK ELECTRIC CORPORATION | |
| **For the Period Ending:** | 4/2/2025 | |

| | |
|---|---|
| **Trustee Name:** | Ronald E. Ingalls |
| **Date Filed (f) or Converted (c):** | 04/04/2023 (f) |
| **§341(a) Meeting Date:** | 05/22/2023 |
| **Claims Bar Date:** | 10/02/2023 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Major Activities affecting case closing:**

| | |
|---|---|
| 02/14/2025 | mail final TX FTR; fax 2024 f1120 |
| 02/13/2025 | Mosley fee app |
| 02/10/2025 | mail TX FTR; fax 1120 to IRS; file mtn to pay taxes |
| 09/16/2024 | sent email to TX Compt to amend 2 clms for actual taxes |
| 08/13/2024 | sale reports filed re: 4279 S Melnick & remaining assets |
| 04/16/2024 | Odr re: MTS remaining assets |
| 03/20/2024 | mtn sell remaining assets |
| 02/19/2024 | mail April 2023 sales tax return |
| 02/18/2024 | CLAIMS REVIEWED |
| 01/19/2024 | funds wired in for sale SM Melnick |
| 01/03/2024 | Amended AO MLS dkt 40 |
| 01/02/2024 | AO MLS dkt 39 |
| 12/08/2023 | MLS Midland States Bank re:  2015 Ford F750 Boomtruck with 17 Ton 70' Mounted Crane |
| 11/27/2023 | Odr sell 4729 SM Melnick & odr MTH realtor |
| 11/10/2023 | mtn pay CCC |
| 06/21/2023 | file app  to employ CCC |
| 05/19/2023 | smk - no 341 docs rec'd |
| 05/17/2023 | App Employ Auctioneer |

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** 07/31/2024 | **Current Projected Date Of Final Report (TFR):** 12/31/2024 | /s/ RONALD E. INGALLS |
| | | RONALD E. INGALLS |

# FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 23-30334-CGB | | Trustee Name: | Ronald Ingalls |
|---|---|---|---|---|
| Case Name: | KENDRICK ELECTRIC CORPORATION | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***8798 | | Checking Acct #: | ******0086 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 4/4/2023 | | Blanket bond (per case limit): | $30,403,000.00 |
| For Period Ending: | 4/2/2025 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|---|
| 04/17/2023 | (1) | KENDRICK ELECTRIC CORPORATION | cc 5444192 d 4/7/23 close account | 1129-000 | $4,273.33 | | $4,273.33 |
| 04/17/2023 | (2) | KENDRICK ELECTRIC CORPORATION | cc 5444193 d 4/7/23 close account | 1129-000 | $91.25 | | $4,364.58 |
| 04/17/2023 | (3) | KENDRICK ELECTRIC CORPORATION | cc 9815227925 d 4/10/23 close account | 1129-000 | $19,086.87 | | $23,451.45 |
| 05/08/2023 | (4) | PAC CONSTRUCTION FUNDS | ck 63806 d 4/26/23 a/r deposited in wrong account | 1121-000 | $10,280.00 | | $33,731.45 |
| 05/08/2023 | (4) | DEP REVERSE: PAC CONSTRUCTION FUNDS | ck 63806 d 4/26/23 a/r deposited in wrong account | 1121-000 | ($10,280.00) | | $23,451.45 |
| 05/25/2023 | (4) | Socorros ISD | ck 125938 d 4/6/23 a/r | 1121-000 | $43,583.80 | | $67,035.25 |
| 09/22/2023 | (4) | BAIN ENTERPRISES, LLC | ck 8858 d 9/15/23 a/r "green acres" | 1121-000 | $57,511.80 | | $124,547.05 |
| 09/29/2023 | (4) | LANDMARK STRUCTURES I LP | ck 58648 d 9/27/23 a/r | 1121-000 | $107,808.82 | | $232,355.87 |
| 10/16/2023 | (4) | El Paso Water | ck 050747 d 10/6/23 a/r | 1121-000 | $47,569.82 | | $279,925.69 |
| 11/10/2023 | (17) | Texas Mutual Worker Comp | ck 441567 d 11/3/23 Safety Group Dividend | 1229-000 | $553.18 | | $280,478.87 |
| 11/10/2023 | (17) | Texas Mutual Workers Comp | ck 441568 d 11/3/23 Saftey Group Dividend | 1229-000 | $14.34 | | $280,493.21 |
| 12/06/2023 | (18) | Paychex | ck 1020147 d 11/29/23 deposit refund | 1229-000 | $13,822.07 | | $294,315.28 |
| 12/06/2023 | 5001 | Commercial Collection Consultants, Inc. | collection agent compensation per order #35, d 12/5/23 | 3991-000 | | $42,578.08 | $251,737.20 |
| 12/11/2023 | | Larry Otten Auctioneers, LLC | ck 2867 d 12/6/23 auction 4 vehicle per order d 07/17/23 dkt 19 | * | $36,550.00 | | $288,287.20 |
| | {10} | | | | $6,600.00 | 1129-000 | | $288,287.20 |
| | {9} | | | | $11,700.00 | 1129-000 | | $288,287.20 |
| | {19} | | | | $24,700.00 | 1229-000 | | $288,287.20 |
| | | | Larry Otten Auctioneers, LLC | ($6,450.00) | 3610-000 | | $288,287.20 |
| 12/27/2023 | | Larry Otten Auctioneers, LLC | ck 2875 d 12/20/23 ladders at auction per order d 07/17/23 dkt 19 | * | $820.25 | | $289,107.45 |
| | {20} | | | | $965.00 | 1129-000 | | $289,107.45 |
| | | | | $(144.75) | 3610-000 | | $289,107.45 |
| 01/12/2024 | 5002 | City of El Paso | property taxes per order d 07/17/23 dkt 19 | 4800-000 | | $1,796.04 | $287,311.41 |
| 01/16/2024 | | Larry Otten Auctioneers, LLC | ck 2885 d 1/12/24 auction sale per order d 07/17/23 dkt 19 | * | $658.75 | | $287,970.16 |
| | {20} | | | | $775.00 | 1129-000 | | $287,970.16 |
| | | | Larry Otten Auctioneers, LLC | $(116.25) | 3610-000 | | $287,970.16 |

**SUBTOTALS**    $332,344.28    $44,374.12

Page No: 2    Exhibit B

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 23-30334-CGB | | Trustee Name: | Ronald Ingalls |
| Case Name: | KENDRICK ELECTRIC CORPORATION | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***8798 | | Checking Acct #: | ******0086 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 4/4/2023 | | Blanket bond (per case limit): | $30,403,000.00 |
| For Period Ending: | 4/2/2025 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/19/2024 | | WestStar Title | wire in; sale of SM Melnick per order 11/27/23 dkt 31 | * | $138,369.69 | | $426,339.85 |
| | {13} | | sale proceeds | $150,000.00 | 1110-000 | | $426,339.85 |
| | | | NAI El Paso - realtor for TTE | $(4,500.00) | 3510-000 | | $426,339.85 |
| | | | Data Trace - tax certificate | $(58.85) | 2500-000 | | $426,339.85 |
| | | | City of El Paso - 2023 real pop taxes | $(5,459.38) | 4700-000 | | $426,339.85 |
| | | | City of El Paso - 01/01/24 to 01/11/24 pro rata taxes | $(164.08) | 2820-000 | | $426,339.85 |
| | | | Weststar Title, LLC - closing costs | $(1,448.00) | 2500-000 | | $426,339.85 |
| 01/29/2024 | 5003 | International Sureties Ltd | Chapter 07 Blanket Bond Reg 7 TXWD; bond #612419134 | 2300-000 | | $234.57 | $426,105.28 |
| 02/14/2024 | | Larry Otten Auctioneers, LLC | ck 2890 d 2/7/24 sale per order #19 7/17/23 | * | $569.50 | | $426,674.78 |
| | {20} | | | $670.00 | 1129-000 | | $426,674.78 |
| | | | | $(100.50) | 3610-000 | | $426,674.78 |
| 04/22/2024 | | Kellie K Harris | ck 2029 d 4/17/24 remainder assets per order #44, 4/16/24 | * | $10,000.00 | | $436,674.78 |
| | {8} | | | $1,000.00 | 1129-000 | | $436,674.78 |
| | {7} | | | $1,000.00 | 1129-000 | | $436,674.78 |
| | {20} | | | $8,000.00 | 1129-000 | | $436,674.78 |
| 05/07/2024 | | Larry Otten Auctioneers, LLC | ck 2914 d 5/3/24 auction proceeds per order #19 | * | $39,652.50 | | $476,327.28 |
| | {20} | | | $28,650.00 | 1129-000 | | $476,327.28 |
| | {11} | | | $18,000.00 | 1129-000 | | $476,327.28 |
| | | | | $(6,997.50) | 3610-000 | | $476,327.28 |
| 06/06/2024 | | Larry Otten Auctioneers, LLC | ck 2924 d 6/1/24  auction of supplies per order #19 | * | $4,127.00 | | $480,454.28 |
| | {20} | | | $5,825.00 | 1129-000 | | $480,454.28 |
| | | | | $(1,698.00) | 3610-000 | | $480,454.28 |
| 07/31/2024 | | Pinnacle Bank | Service Charge | 2600-000 | | $691.08 | $479,763.20 |
| 08/21/2024 | | Larry Otten Auctioneers, LLC | Refund on Check# 0 | 3610-002 | | $(824.25) | $480,587.45 |
| 08/30/2024 | | Pinnacle Bank | Service Charge | 2600-000 | | $690.55 | $479,896.90 |
| 09/30/2024 | | Pinnacle Bank | Service Charge | 2600-000 | | $599.87 | $479,297.03 |
| 10/01/2024 | 5004 | International Sureties Ltd | bond #612419134 | 2300-000 | | $305.33 | $478,991.70 |
| 10/31/2024 | | Pinnacle Bank | Service Charge | 2600-000 | | $598.77 | $478,392.93 |
| | | | **SUBTOTALS** | | $192,718.69 | $2,295.92 | |

Exhibit B

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 3

| | | |
|---|---|---|
| Case No. | 23-30334-CGB | |
| Case Name: | KENDRICK ELECTRIC CORPORATION | |
| Primary Taxpayer ID #: | **-***8798 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 4/4/2023 | |
| For Period Ending: | 4/2/2025 | |

| | |
|---|---|
| Trustee Name: | Ronald Ingalls |
| Bank Name: | Pinnacle Bank |
| Checking Acct #: | ******0086 |
| Account Title: | |
| Blanket bond (per case limit): | $30,403,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/29/2024 | | Pinnacle Bank | Service Charge | 2600-000 | | $597.99 | $477,794.94 |
| 12/31/2024 | | Pinnacle Bank | Service Charge | 2600-000 | | $597.24 | $477,197.70 |
| 01/31/2025 | | Pinnacle Bank | Service Charge | 2600-000 | | $596.49 | $476,601.21 |
| 02/28/2025 | | Pinnacle Bank | Service Charge | 2600-000 | | $595.75 | $476,005.46 |
| 03/13/2025 | 5005 | John Mosley | accountant fees per order #52, 3/12/25 | * | | $4,551.94 | $471,453.52 |
| | | | | $(4,500.00) | 3410-000 | | $471,453.52 |
| | | | | $(51.94) | 3992-000 | | $471,453.52 |
| 03/13/2025 | 5006 | Dept. of US Treasury | FEIN 74-1718798; 2024 form 1120 tax per order #51, 3/12/25 | 2810-000 | | $10,896.99 | $460,556.53 |
| 03/18/2025 | 5007 | US Bankruptcy Clerk - El Paso | filing fee dkt #16, 363f motion | 2700-000 | | $188.00 | $460,368.53 |
| 03/31/2025 | | Pinnacle Bank | Service Charge | 2600-000 | | $585.45 | $459,783.08 |

| | | | |
|---|---|---|---|
| TOTALS: | $525,062.97 | $65,279.89 | $459,783.08 |
| Less: Bank transfers/CDs | $0.00 | $0.00 | |
| Subtotal | $525,062.97 | $65,279.89 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $525,062.97 | $65,279.89 | |

| For the period of 4/4/2023 to 4/2/2025 | | For the entire history of the account between 04/17/2023 to 4/2/2025 | |
|---|---|---|---|
| Total Compensable Receipts: | $552,200.28 | Total Compensable Receipts: | $552,200.28 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $552,200.28 | Total Comp/Non Comp Receipts: | $552,200.28 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $92,417.20 | Total Compensable Disbursements: | $92,417.20 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $92,417.20 | Total Comp/Non Comp Disbursements: | $92,417.20 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |  | | |
|---|---|---|---|---|
| Case No. | 23-30334-CGB | | Trustee Name: | Ronald Ingalls |
| Case Name: | KENDRICK ELECTRIC CORPORATION | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***8798 | | Checking Acct #: | ******0086 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 4/4/2023 | | Blanket bond (per case limit): | $30,403,000.00 |
| For Period Ending: | 4/2/2025 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $525,062.97 | $65,279.89 | $459,783.08 |

| For the period of 4/4/2023 to 4/2/2025 | | For the entire history of the case between 04/04/2023 to 4/2/2025 | |
|---|---|---|---|
| Total Compensable Receipts: | $552,200.28 | Total Compensable Receipts: | $552,200.28 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $552,200.28 | Total Comp/Non Comp Receipts: | $552,200.28 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $92,417.20 | Total Compensable Disbursements: | $92,417.20 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $92,417.20 | Total Comp/Non Comp Disbursements: | $92,417.20 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ RONALD INGALLS

RONALD INGALLS

CLAIM ANALYSIS REPORT

Page No: 1      Exhibit C

| | |
|---|---|
| **Case No.** | 23-30334-CGB |
| **Case Name:** | KENDRICK ELECTRIC CORPORATION |
| **Claims Bar Date:** | 10/02/2023 |

| | |
|---|---|
| **Trustee Name:** | Ronald E. Ingalls |
| **Date:** | 4/2/2025 |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TC | RONALD INGALLS PO Box 2867 Fredericksburg TX 78624 | 04/05/2023 | Trustee COMPENSATION | Allowed | 2100-000 | $0.00 | $30,860.01 | $30,860.01 | $0.00 | $0.00 | $0.00 | $30,860.01 |
| TE | RONALD INGALLS PO Box 2867 Fredericksburg TX 78624 | 04/05/2023 | Trustee's Expense | Allowed | 2200-000 | $0.00 | $890.45 | $890.45 | $0.00 | $0.00 | $0.00 | $890.45 |
| JME | JOHN MOSLEY 3834 Spicewood Springs Rd Ste 202 Austin TX 78759 | 04/25/2023 | Accountant for Trustee Expense (Other Firm) (Ch. 7) | Allowed | 3992-000 | $0.00 | $51.94 | $51.94 | $51.94 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | app #50 | | | | | | | | | | | |
| JMF | JOHN MOSLEY 3834 Spicewood Springs Rd Ste 202 Austin TX 78759 | 04/25/2023 | Accountant for Trustee Fees (Other Firm) (Ch. 7) | Allowed | 3410-000 | $0.00 | $4,500.00 | $4,500.00 | $4,500.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | app #50 | | | | | | | | | | | |
| LOF | LARRY OTTEN AUCTIONEERS, LLC Attn: Gardner Wilcox 20 S San Elizario Road PO Box 718 Clint TX 79836-0718 | 04/25/2023 | Auctioneer for Trustee Fees (Ch. 7) | Allowed | 3610-000 | $0.00 | $14,682.75 | $14,682.75 | $14,682.75 | $0.00 | $0.00 | $0.00 |
| CLK | US BANKRUPTCY CLERK - EL PASO 511 E San Antonio Avenue Rm 444 El Paso TX 79901-2417 | 06/21/2023 | Court Costs (Ch. 7) | Allowed | 2700-000 | $0.00 | $188.00 | $188.00 | $188.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | 363f mtn #16 | | | | | | | | | | | |
| IRS | DEPT. OF US TREASURY Internal Revenue Service Ogden UT 84010-0039 | 03/13/2025 | Other Admin. Claims (Ch. 7) | Allowed | 2810-000 | $0.00 | $10,896.99 | $10,896.99 | $10,896.99 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | FIN 74-1718798; 2024 form 1120 | | | | | | | | | | | |

Page No: 2       Exhibit C

| Case No. | 23-30334-CGB | | | | | | Trustee Name: | Ronald E. Ingalls | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Case Name: | KENDRICK ELECTRIC CORPORATION | | | | | | Date: | 4/2/2025 | | | |
| Claims Bar Date: | 10/02/2023 | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CCC | COMMERCIAL COLLECTION CONSULTANTS, INC. 18756 Stone Oak Parkway Ste 200 San Antonio TX 78258 | 12/06/2023 | Other Professional Fees (Ch 7) | Allowed | 3991-000 | $0.00 | $42,578.08 | $42,578.08 | $42,578.08 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | collection agent compensation per order #35, 12/5/23 | | | | | | | | | | | |
| MPF | NAI EL PASO  Max Prestridge 4901 N Mesa Ste 3B El Paso TX 79912 | 04/25/2023 | Real Estate Broker for Trustee Fees | Allowed | 3510-000 | $0.00 | $4,500.00 | $4,500.00 | $4,500.00 | $0.00 | $0.00 | $0.00 |
| 4 RP | CITY OF EL PASO  c/o Don Stecker Linebarger Goggan Blair & Sampson LLP 112 E Pecan Street Ste 2200 San Antonio TX 78205-1588 | 04/14/2023 | Secured Real Property Tax Liens | Allowed | 4700-000 | $5,538.24 | $5,459.38 | $5,459.38 | $5,459.38 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | amended 11/01/23 C23199901601700 RP taxes | | | | | | | | | | | |
| 4BPP | CITY OF EL PASO  c/o Don Stecker Linebarger Goggan Blair & Sampson LLP 112 E Pecan Street Ste 2200 San Antonio TX 78205-1588 | 04/14/2023 | Secured State and Local Tax Liens | Allowed | 4800-000 | $3,158.32 | $2,707.73 | $1,796.04 | $1,796.04 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | amended 11/01/23; paid in full per D. Stecker, 3/13/24 | | | | | | | | | | | |
| 16S | MIDLAND STATES BANK  Attn: Mitchell D. Cohen, Esq. Vedder Price P.C. 1633 Broadway 31st FL New York NY 10019 | 10/02/2023 | Secured Personal Property - Consensual | Allowed | 4210-000 | $0.00 | $35,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | 2015 Ford 750 Boomtruck w/crane VIN 1066; Asst 12; asset not administered by TTE; zero value | | | | | | | | | | | |

CLAIM ANALYSIS REPORT

Exhibit C

| Case No. | 23-30334-CGB | | Trustee Name: | Ronald E. Ingalls |
|---|---|---|---|---|
| Case Name: | KENDRICK ELECTRIC CORPORATION | | Date: | 4/2/2025 |
| Claims Bar Date: | 10/02/2023 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | SOUTHWEST MULTI-CRAFT HEALTH AND WELFARE FUND c/o Todd J. Johnston McWhorter, Cobb & Johnson, LLP P.O. Box 2547 Lubbock TX 79408 | 07/06/2023 | Priority Employee Benefit Claims | Allowed | 5400-000 | $0.00 | $18,073.70 | $18,073.70 | $0.00 | $0.00 | $0.00 | $18,073.70 |
| 7P | INTERNAL REVENUE SERVICE Centralized Insolvency Operation PO Box 7346 Philadelphia PA 19101-7346 | 05/17/2023 | Priority IRS Tax Claims | Allowed | 5800-000 | $0.00 | $83,543.42 | $83,543.42 | $0.00 | $0.00 | $0.00 | $83,543.42 |

**Claim Notes:** Amended 12/05/24; FICA 2019-22l FUTA & W/H 2020 Est; FUTA 2021; W/H 2021-2022 Est; FICA 2023 Est

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | TEXAS WORKFORCE COMMISSION Regulatory Integrity Division – SAU OAG Bankruptcy – Collect Div MC 008 PO Box 12548 Austin TX 78711-2548 | 06/05/2023 | Priority IRS Tax Claims | Allowed | 5800-000 | $0.00 | $2,628.28 | $2,628.28 | $0.00 | $0.00 | $0.00 | $2,628.28 |

**Claim Notes:** 1sr qtr 2023

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 14 | TX COMP OF PUBLIC ACCTS C/O OAG BK - Colls Div MC-008 PO Box 12548 Austin TX 78711-2548 | 09/22/2023 | Priority Other Tax Claims | Allowed | 5800-000 | $0.00 | $1,504.21 | $1,504.21 | $0.00 | $0.00 | $0.00 | $1,504.21 |

**Claim Notes:** 2023 Est Final Franchise

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15P | TX COMP OF PUBLIC ACCTS C/O OAG BK - Colls Div MC-008 PO Box 12548 Austin TX 78711-2548 | 09/22/2023 | Priority Other Tax Claims | Allowed | 5800-000 | $0.00 | $9,484.37 | $9,120.36 | $0.00 | $0.00 | $0.00 | $9,120.36 |

**Claim Notes:** amended 3/17/25 2022-23 Est Final Sales

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | AIRGAS USA, LLC 110 West 7th Street Ste 1300 Tulsa OK 74119-7411 | 04/10/2024 | Unsecured | Allowed | 7100-000 | $509.44 | $509.44 | $509.44 | $0.00 | $0.00 | $0.00 | $509.44 |

**Claim Notes:** lease

CLAIM ANALYSIS REPORT

Page No: 4                                    Exhibit C

| Case No.: | 23-30334-CGB | Trustee Name: | Ronald E. Ingalls |
|---|---|---|---|
| Case Name: | KENDRICK ELECTRIC CORPORATION | Date: | 4/2/2025 |
| Claims Bar Date: | 10/02/2023 | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | AIRGAS USA, LLC<br>110 West 7th Street Ste 1300<br>Tulsa OK 74119-7411 | 04/10/2023 | Unsecured | Allowed | 7100-000 | $0.00 | $1,232.04 | $1,232.04 | $0.00 | $0.00 | $0.00 | $1,232.04 |
| **Claim Notes:** | cylinders | | | | | | | | | | | |
| 3 | CONSOLIDATED ELECTRICAL DISTRIBUTORS<br>15230 N 75th Street Ste 2020<br>Scottsdale AZ 85260 | 04/12/2023 | Unsecured | Allowed | 7100-000 | $0.00 | $217,733.97 | $192,516.93 | $0.00 | $0.00 | $0.00 | $192,516.93 |
| **Claim Notes:** | attachments show "secured" claim was not secured by property of the Debtor | | | | | | | | | | | |
| 5 | JPMORGAN CHASE BANK, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC<br>PO Box 9013<br>Addison TX 75001 | 04/21/2023 | Unsecured | Allowed | 7100-000 | $16,636.94 | $16,680.24 | $16,680.24 | $0.00 | $0.00 | $0.00 | $16,680.24 |
| 6 | AREA IRON & STEEL WORKS, INC.<br>4605 Osborne Drive<br>El Paso TX 79922 | 04/28/2023 | Unsecured | Allowed | 7100-000 | $28.57 | $28.85 | $28.85 | $0.00 | $0.00 | $0.00 | $28.85 |
| 7U | INTERNAL REVENUE SERVICE<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia PA 19101-7346 | 05/17/2023 | Unsecured | Allowed | 7100-000 | $0.00 | $564,181.76 | $564,181.76 | $0.00 | $0.00 | $0.00 | $564,181.76 |
| **Claim Notes:** | amended 12/05/24; Taxes 2013-19; FUTA 2016-17; FUTA 2018-19 Est; W/H 2017-19 Est; Penalties | | | | | | | | | | | |
| 8 | BLP, LLC (BACA LIGHTNING)<br>PO Box 91208<br>Albuquerque NM 87199 | 05/31/2023 | Unsecured | Allowed | 7100-000 | $9,747.00 | $8,828.00 | $8,828.00 | $0.00 | $0.00 | $0.00 | $8,828.00 |
| 9 | IBEW LOCAL UNION 583<br>311 Montana Ave Bldg A-2 Ste 106<br>El Paso TX 79902 | 06/01/2023 | Unsecured | Allowed | 7100-000 | $42,747.72 | $94,754.35 | $94,754.35 | $0.00 | $0.00 | $0.00 | $94,754.35 |
| 12 | TEXAS MUTUAL INSUURANCE<br>PO Box 12058<br>Austin TX 78711-2058 | 07/26/2023 | Unsecured | Allowed | 7100-000 | $2,996.00 | $411.53 | $411.53 | $0.00 | $0.00 | $0.00 | $411.53 |

**CLAIM ANALYSIS REPORT**

Exhibit C

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Case No. | | 23-30334-CGB | | | | Trustee Name: | | Ronald E. Ingalls | | |
| Case Name: | | KENDRICK ELECTRIC CORPORATION | | | | Date: | | 4/2/2025 | | |
| Claims Bar Date: | | 10/02/2023 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | TEXAS GAS SERVICE <br><br> PO BOX 401 <br> OKLAHOMA CITY OK 73101-0401 | 09/07/2023 | Unsecured | Allowed | 7100-000 | $922.25 | $1,068.92 | $1,068.92 | $0.00 | $0.00 | $0.00 | $1,068.92 |
| 16U | MIDLAND STATES BANK <br> Attn: Mitchell D. Cohen, Esq. <br> Vedder Price P.C. <br> 1633 Broadway 31st FL <br> New York NY 10019 | 10/02/2023 | Unsecured | Allowed | 7100-000 | $0.00 | $51,052.89 | $51,052.89 | $0.00 | $0.00 | $0.00 | $51,052.89 |

**Claim Notes:**   2015 Ford 750 Boomtruck w/crane VIN 1066; Asset 12

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7Pen | INTERNAL REVENUE SERVICE <br><br> Centralized Insolvency Operation <br> PO Box 7346 <br> Philadelphia PA 19101-7346 | 05/17/2023 | Unsecured Fines, Penalty, Forfeiture 726(a)(4) | Allowed | 7300-000 | $0.00 | $122,998.97 | $122,998.97 | $0.00 | $0.00 | $0.00 | $122,998.97 |

**Claim Notes:**   amended 12/05/24; Taxes 2013-19; FUTA 2016-17; FUTA 2018-19 Est; W/H 2017-19 Est; Penalties

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15U | TX COMP OF PUBLIC ACCTS C/O OAG <br><br> BK - Colls Div MC-008 <br> PO Box 12548 <br> Austin TX 78711-2548 | 09/22/2023 | Unsecured Fines, Penalty, Forfeiture 726(a)(4) | Allowed | 7300-000 | $2,632.92 | $795.78 | $795.78 | $0.00 | $0.00 | $0.00 | $795.78 |

**Claim Notes:**   2022-23 Est Final Sales Penalties

|  |  |  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | $1,347,826.05 | $1,286,333.31 | $84,653.18 | $0.00 | $0.00 | $1,201,680.13 |

Page No: 6    Exhibit C

| | |
|---|---|
| **Case No.** | 23-30334-CGB |
| **Case Name:** | KENDRICK ELECTRIC CORPORATION |
| **Claims Bar Date:** | 10/02/2023 |

| | |
|---|---|
| **Trustee Name:** | Ronald E. Ingalls |
| **Date:** | 4/2/2025 |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Accountant for Trustee Expense (Other Firm) (Ch. 7) | $51.94 | $51.94 | $51.94 | $0.00 | $0.00 | $0.00 |
| Accountant for Trustee Fees  (Other Firm) (Ch. 7) | $4,500.00 | $4,500.00 | $4,500.00 | $0.00 | $0.00 | $0.00 |
| Auctioneer for Trustee Fees (Ch. 7) | $14,682.75 | $14,682.75 | $14,682.75 | $0.00 | $0.00 | $0.00 |
| Court Costs (Ch. 7) | $188.00 | $188.00 | $188.00 | $0.00 | $0.00 | $0.00 |
| Other Admin. Claims (Ch. 7) | $10,896.99 | $10,896.99 | $10,896.99 | $0.00 | $0.00 | $0.00 |
| Other Professional Fees (Ch 7) | $42,578.08 | $42,578.08 | $42,578.08 | $0.00 | $0.00 | $0.00 |
| Priority Employee Benefit Claims | $18,073.70 | $18,073.70 | $0.00 | $0.00 | $0.00 | $18,073.70 |
| Priority IRS Tax Claims | $86,171.70 | $86,171.70 | $0.00 | $0.00 | $0.00 | $86,171.70 |
| Priority Other Tax Claims | $10,988.58 | $10,624.57 | $0.00 | $0.00 | $0.00 | $10,624.57 |
| Real Estate Broker for Trustee Fees | $4,500.00 | $4,500.00 | $4,500.00 | $0.00 | $0.00 | $0.00 |
| Secured Personal Property  - Consensual | $35,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Secured Real Property  Tax Liens | $5,459.38 | $5,459.38 | $5,459.38 | $0.00 | $0.00 | $0.00 |
| Secured State and Local Tax Liens | $2,707.73 | $1,796.04 | $1,796.04 | $0.00 | $0.00 | $0.00 |
| Trustee COMPENSATION | $30,860.01 | $30,860.01 | $0.00 | $0.00 | $0.00 | $30,860.01 |
| Trustee's Expense | $890.45 | $890.45 | $0.00 | $0.00 | $0.00 | $890.45 |
| Unsecured | $956,481.99 | $931,264.95 | $0.00 | $0.00 | $0.00 | $931,264.95 |
| Unsecured Fines, Penalty, Forfeiture  726(a)(4) | $123,794.75 | $123,794.75 | $0.00 | $0.00 | $0.00 | $123,794.75 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:        23-30334-HCM
Case Name:    KENDRICK ELECTRIC CORPORATION
Trustee Name:  Ronald E. Ingalls

Balance on hand:         $459,783.08

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 4 RP | City of El Paso | $5,459.38 | $5,459.38 | $5,459.38 | $0.00 |
| 4BPP | City of El Paso | $2,707.73 | $1,796.04 | $1,796.04 | $0.00 |
| 16S | Midland States Bank | $35,000.00 | $0.00 | $0.00 | $0.00 |

Total to be paid to secured creditors:          $0.00
Remaining balance:          $459,783.08

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Ronald Ingalls, Trustee Fees | $30,860.01 | $0.00 | $30,860.01 |
| Ronald Ingalls, Trustee Expenses | $890.45 | $0.00 | $890.45 |
| John Mosley, Accountant for Trustee Fees | $4,500.00 | $4,500.00 | $0.00 |
| Larry Otten Auctioneers, LLC, Auctioneer for Trustee Fees | $14,682.75 | $14,682.75 | $0.00 |
| US Bankruptcy Clerk - El Paso, Clerk of the Court Costs | $188.00 | $188.00 | $0.00 |
| Other: NAI El Paso - realtor for TTE, Realtor for Trustee Fees | $4,500.00 | $4,500.00 | $0.00 |
| Other: Commercial Collection Consultants, Inc., Other Professional Fees | $42,578.08 | $42,578.08 | $0.00 |
| Other: John Mosley, Other Professional Expenses | $51.94 | $51.94 | $0.00 |

Total to be paid for chapter 7 administrative expenses:          $31,750.46
Remaining balance:          $428,032.62

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00

Remaining balance: $428,032.62

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $114,869.97 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 7P | Internal Revenue Service | $83,543.42 | $0.00 | $83,543.42 |
| 10 | Texas Workforce Commission | $2,628.28 | $0.00 | $2,628.28 |
| 11 | Southwest Multi-Craft Health and Welfare Fund | $18,073.70 | $0.00 | $18,073.70 |
| 14 | TX Comp of Public Accts c/o OAG | $1,504.21 | $0.00 | $1,504.21 |
| 15P | TX Comp of Public Accts c/o OAG | $9,120.36 | $0.00 | $9,120.36 |

Total to be paid to priority claims: $114,869.97

Remaining balance: $313,162.65

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $931,264.95 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 33.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Airgas USA, LLC | $509.44 | $0.00 | $171.31 |
| 2 | Airgas USA, LLC | $1,232.04 | $0.00 | $414.31 |
| 3 | Consolidated Electrical Distributors | $192,516.93 | $0.00 | $64,738.95 |
| 5 | JPMorgan Chase Bank, N.A. | $16,680.24 | $0.00 | $5,609.18 |
| 6 | Area Iron & Steel Works, Inc. | $28.85 | $0.00 | $9.70 |

| 7U | Internal Revenue Service | $564,181.76 | $0.00 | $189,721.15 |
|---|---|---|---|---|
| 8 | BLP, LLC (Baca Lightning) | $8,828.00 | $0.00 | $2,968.65 |
| 9 | IBEW Local Union 583 | $94,754.35 | $0.00 | $31,863.67 |
| 12 | Texas Mutual Insuurance | $411.53 | $0.00 | $138.39 |
| 13 | TEXAS GAS SERVICE | $1,068.92 | $0.00 | $359.45 |
| 16U | Midland States Bank | $51,052.89 | $0.00 | $17,167.89 |

Total to be paid to timely general unsecured claims: $313,162.65

Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00

Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $123,794.75 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 7Pen | Internal Revenue Service | $122,998.97 | $0.00 | $0.00 |
| 15U | TX Comp of Public Accts c/o OAG | $795.78 | $0.00 | $0.00 |

Total to be paid for subordinated claims: $0.00

Remaining balance: $0.00